# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| SENG CHING TRUONG,<br><br>            Petitioner,<br><br>    vs.<br><br>D.K. SISTO, Warden,<br><br>            Respondent. | Case No. SACV 06-1206-ODW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied and (2) Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: 4-23-08

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE