*JS-6*

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENG CHING TRUONG,<br><br>        Petitioner,<br><br>    vs.<br><br>D.K. SISTO, Warden,<br><br>        Respondent. | Case No.  SACV 06-1206-ODW (RNB)<br><br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: __4-23-08__

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

OTIS D. WRIGHT
_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE